NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WORLD WIDE STATIONERY MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**U.S. RING BINDER, L.P.,**
*Defendant-Cross Appellant.*

———————————

2010-1358, -1359

———————————

Appeal from the United States District Court for the Eastern District of Missouri in No. 07-CV-1947, Judge Carol E. Jackson.

———————————

## JUDGMENT

———————————

WILLIAM K. WEST, JR. Howrey, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was PAMELA S. KANE. Of counsel on brief were KEITH A. RABENBERG and RICHARD L. BROPHY, Senniger Powers, LLP, of St. Louis, Missouri.

TIMOTHY E. GROCHOCINSKI, The Simon Law Firm, PC, of St. Louis, Missouri, argued for defendant-cross appellant. With him on the brief was ANTHONY G. SIMON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, DYK, and PROST, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 5, 2011          /s/ Jan Horbaly
    Date                   Jan Horbaly
                              Clerk